POLSINELLI LLP
MICHAEL P. CUTLER (SBN 270663)
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 556-1801
Facsimile: (310) 556-1802
Email: mcutler@polsinelli.com

Attorneys for Defendant
Mortgage Lenders of America, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ALFREDO LEON OREA,<br><br>                   Plaintiff,<br><br>   v.<br><br>MORTGAGE LENDERS OF AMERICA, LLC,<br><br>                  Defendant. | Case No. 4:13-cv-03913-PJH<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO CONTINUE CURRENTLY SCHEDULED DATES**<br><br>Judge: Hon. Phyllis J. Hamilton |

COMES NOW Defendant Mortgage Lenders of America, L.L.C., by and through its counsel of record, and hereby provides notice to the Court that the parties have reached an agreement to settle the entire case.

The currently scheduled dates in this case are as follows:

10/29/2013 – Last day to meet and confer; Parties to file ADR certification signed by parties and counsel; Parties to file Stipulation to ADR Process or Notice of Need for ADR Phone Conference

11/14/2013 – Last day to file Joint Case Management Statement

11/21/2013 – Initial Case Management Conference

///

///

///

NOTICE OF SETTLEMENT AND REQUEST TO CONTINUE CURRENTLY SCHEDULED DATES

46405518.1

Given the parties' settlement of this case, the parties respectfully request that the Court continue these dates to allow the parties time to prepare and execute a release, exchange the settlement payment, and prepare and file a stipulation of dismissal.

Dated:   October 29, 2013                                POLSINELLI LLP


                                                By:   /s/ Michael P. Cutler
                                                      Michael P. Cutler (State Bar No. 270663)
                                                      2049 Century Park East, Suite 2300
                                                      Los Angeles, California 90067
                                                      Telephone:  (310) 556-1801
                                                      Facsimile:  (310) 556-1802

                                                      Attorneys for Defendant
                                                      Mortgage Lenders of America