Todd M. Friedman (216752)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: 877 206-4741
Fax: 866 633-0228
tfriedman@attorneysforconsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALFREDO LEON OREA,** | ) Case No. 4:13-cv-03913-PJH |
| | ) |
| Plaintiff, | ) **JOINT REQUEST TO DISMISS** |
| | ) **WITH PREJUDICE** |
| vs. | ) |
| | ) |
| **MORTGAGE LENDERS OF AMERICA, LLC,** | ) |
| | ) |
| Defendant. | ) |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss with prejudice this matter pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and fees. A proposed order has been concurrently submitted to this Court via email.

Respectfully submitted this 10th day of December, 2013

By: s/Todd M. Friedman
    Law Offices of Todd M. Friedman, P.C.
    Attorney for Plaintiff

By: s/Michael P. Cutler
    Polsinelli PC
    Attorney for Defendant

Filed electronically on this 10th day of December, 2013, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Timothy Sear
POLSINELLI LLP
2049 Century Park East, Suite 2300
Los Angeles CA 90067

This 10th day of December, 2013.

s/Todd M. Friedman
Todd M. Friedman