# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALFREDO LEON OREA,** | ) Case No. 4:13-cv-03913-PJH |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| **MORTGAGE LENDERS OF AMERICA, LLC,** | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and fees.

Dated this <u>11th</u> day of December, 2013.

_____
The Honorable Phyllis J. Hamilton

